UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10299-GAO

UNITED STATES OF AMERICA

v.

ROBERTO ESTEVAN ORTIZ,
Defendant.

ORDER
October 14, 2016

O'TOOLE, D.J.

Twenty-one days having passed since this Court's prior order (dkt. no. 43), and no further response from the defendant having been received, his Emergency Motion for New Trial (dkt. no. 42) is hereby construed as a motion for collateral relief pursuant to 28 U.S.C. § 2255.

Pursuant to Rule 4(b) of the Rules Governing Section 2255 cases, the Clerk of this Court is hereby ordered to serve a copy of this Order and the defendant's Emergency Motion for New Trial upon the office of the United States Attorney. The Clerk shall also open a civil case consistent with the usual practice in § 2255 cases.

It is further ordered that the respondent shall, within 21 days of receipt of this Order, file an answer (or other responsive pleading) to the defendant's motion. The answer (or other responsive pleading) must also include a statement notifying this Court of the existence of any victim or victims as defined by 18 U.S.C. § 3771.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge